# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| **VIRGIL H. COOK and EMMA J. COOK,** )<br>**CLINARD R. WOODS and KAY F. WOODS** )<br>**and TERENCE DANA CRAWFORD,** )<br>**Individually and on behalf of all others** )<br>**similarly situated,** )<br>)<br>    **Plaintiffs** )<br>)   **CIVIL NO. 1:05cv247**<br>    v )<br>)<br>**MEDTRONIC, INC.,** )<br>)<br>    **Defendant.** ) | |

## ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* of Lori Cohen of the firm of Greenbert Traurig, LLP to appear as additional counsel for the defendant, Medtronic, Inc. in this matter filed on October 25, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Lori Cohen is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

**Signed: October 31, 2005**

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge