## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION

| | |
|---|---|
| VIRGIL H. COOK and EMMA J. COOK, CLINARD R. WOODS and KAY F. WOODS and TERENCE DANA CRAWFORD, Individually and on behalf of all others similarly situated,<br><br>**Plaintiffs**<br><br>v<br><br>**MEDTRONIC, INC.,**<br><br>**Defendant.** | CIVIL NO. 1:05cv247 |

## ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* of Thomas M. Parker of the firm of Parker, Leiby Hanna & Rasnick, LLC to appear as additional counsel for the defendant, Medtronic, Inc. in this matter filed on November 3, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Thomas M. Parker is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

**Signed: November 9, 2005**

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge