**IN THE UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

| | |
|---|---|
| **VIRGIL H. COOK and spouse, EMMA J.** )<br>**COOK, CLINARD R. WOODS and spouse,** )<br>**KAY F. WOODS, and TERENCE DANA** )<br>**CRANFORD, individually, and on behalf of** )<br>**all other similarly situated,** )<br>)<br>**Plaintiffs** )<br>)<br>**v** )<br>)<br>**MEDTRONIC, INC.,** )<br>)<br>**Defendant** ) | **CIVIL NO.  1:05cv247** |

## ORDER

      **THIS MATTER** is before the court upon the plaintiffs' motion for admission *pro hac vice* of Henry C. Leventis, of the law firm of Motley Rice LLC, to appear as counsel for the plaintiffs in this matter.  Upon careful review and consideration,

      **IT IS, THEREFORE, ORDERED** that plaintiffs' motion is **ALLOWED**, and that Henry C. Leventis is hereby granted special admission to the bar of this court, after payment of the admission fee having been paid to the Clerk of this court.

**Signed: November 17, 2005**

Dennis L. Howell
United States Magistrate Judge