# IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | |
|---|---|
| VIRGIL H. COOK and spouse, EMMA J. COOK, CLINARD R. WOODS and spouse, KAY F. WOODS, and TERENCE DANA CRANFORD, individually, and on behalf of all other similarly situated,<br><br>    Plaintiffs<br><br>    v<br><br>MEDTRONIC, INC.,<br><br>    Defendant | CIVIL NO. 1:05cv247 |

## ORDER

**THIS MATTER** is before the court upon the plaintiffs' motion for admission *pro hac vice* of Carmen Sessions Scott, of the law firm of Motley Rice LLC, to appear as counsel for the plaintiffs in this matter filed on 16 November 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiffs' motion is **ALLOWED**, and that Carmen Sessions Scott is hereby granted special admission to the bar of this court, after payment of the admission fee having been paid to the Clerk of this court.

**Signed: November 18, 2005**

Dennis L. Howell
United States Magistrate Judge